UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Armando Herrera et al.,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>Stellar Wireless Retail, LLC et al.,<br><br>                    Defendants. | 25-CV-2272 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The complaint states that "[v]enue is proper in the Eastern District of New York pursuant to 28 U.S.C. § 1391 because at least one defendant resides in the district and the conduct making up the basis of the complaint took place in this judicial district." Dkt. 1 ¶ 4.

This is the Southern District of New York. By **March 27, 2025**, plaintiffs should either 1) submit an amended complaint that properly pleads venue in this district or 2) voluntarily dismiss the case for refiling in the Eastern District of New York.

SO ORDERED.

Dated: March 24, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge