UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Armando Herrera, Stephanie Michaelle Medina Sarita, Rebecca Castillo Prenza, Jamilka Vargas Alcantara, Nicole Hidalgo, Emeka Raymond Obi, and Emily Feliciano, *on behalf of themselves and all similarly situated employees*, <br><br> *Plaintiffs*, <br><br> -against- <br> Stellar Wireless Retail, LLC, Stellar Wireless Retail NY Inc., Stellar Wireless Group Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC, <br><br> *Defendants*. | Case No. 1:25-cv-02272 <br><br> **ANSWER TO** <br> **AMENDED COMPLAINT** |

Defendants Stellar Wireless Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC, (hereinafter collectively referred to as "Answering Defendants") by their attorneys, Certilman Balin Adler & Hyman, LLP, as and for their answer to the amended complaint filed by plaintiffs Armando Herrera, Stephanie Michaelle Medina Sarita, Rebecca Castillo Prenza, Jamilka Vargas Alcantara, Nicole Hidalgo, Emeka Raymond Obi, and Emily Feliciano (hereinafter referred to as "Plaintiffs") dated April 2, 2025 (hereinafter the "Complaint") alleges as follows:

1. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the Complaint.

2. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of the Complaint.

8588070.1

## AS TO "JURISDICTION AND VENUE"

3.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of the Complaint.

4.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of the Complaint.

## AS TO "THE PARTIES"

5.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of the Complaint.

6.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the Complaint.

7.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the Complaint.

8.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of the Complaint.

9.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of the Complaint.

10.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 of the Complaint.

11.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 of the Complaint.

8588070.1

12.     Deny the allegations contained in paragraph 12 of the Complaint.

13.     Admit the allegations contained in paragraph 13 of the Complaint.

14.     Admit the allegations contained in paragraph 14 of the Complaint.

15.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 of the Complaint.

16.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of the Complaint.

17.     Admit the allegations contained in paragraph 17 of the Complaint.

18.     Admit the allegations contained in paragraph 18 of the Complaint.

19.     Admit the allegations contained in paragraph 19 of the Complaint.

20.     Admit the allegations contained in paragraph 20 of the Complaint.

21.     Admit the allegations contained in paragraph 21 of the Complaint.

22.     Deny the allegations contained in paragraph 22 of the Complaint.

23.     Deny the allegations contained in paragraph 23 of the Complaint.

24.     Admit the allegations contained in paragraph 24 of the Complaint.

25.     Admit  the allegations contained in paragraph 25 of the Complaint.

26.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 26 of the Complaint.

27.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 of the Complaint.

28.     Deny the allegations contained in paragraph 28 of the Complaint.

8588070.1

29.    Admit the allegations contained in paragraph 29 of the Complaint.

30.    Deny the allegations contained in paragraph 30 of the Complaint.

31.    Deny the allegations contained in paragraph 31 of the Complaint.

32.    Deny the allegations contained in paragraph 32 of the Complaint.

33.    Deny the allegations contained in paragraph 33 of the Complaint.

34.    Deny the allegations contained in paragraph 34 of the Complaint.

35.    Admit the allegations contained in paragraph 35 of the Complaint.

36.    Deny the allegations contained in paragraph 36 of the Complaint.

37.    Deny the allegations contained in paragraph 37 of the Complaint except admit that Lawrence D. Melchionda serves as registered agent for The Portables Choice Group LLC at 136 First Street, Nanuet, New York.

38.    Admit the allegations contained in paragraph 38 of the Complaint.

39.    Deny the allegations contained in paragraph 39 of the Complaint.

40.    Deny the allegations contained in paragraph 40 of the Complaint.

41.    Deny the allegations contained in paragraph 41 of the Complaint.

42.    Deny the allegations contained in paragraph 42 of the Complaint.

43.    Deny the allegations contained in paragraph 43 of the Complaint.

44.    Deny the allegations contained in paragraph 44 of the Complaint.

45.    Deny the allegations contained in paragraph 45 of the Complaint.

46.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 of the Complaint.

8588070.1

47. Deny the allegations contained in paragraph 47 of the Complaint.

48. Deny the allegations contained in paragraph 48 of the Complaint.

49. Deny the allegations contained in paragraph 49 of the Complaint.

50. Deny the allegations contained in paragraph 50 of the Complaint.

51. Deny the allegations contained in paragraph 51 of the Complaint.

52. Deny the allegations contained in paragraph 52 of the Complaint.

53. Deny the allegations contained in paragraph 53 of the Complaint.

54. Deny the allegations contained in paragraph 54 of the Complaint.

55. Deny the allegations contained in paragraph 55 of the Complaint.

56. Deny the allegations contained in paragraph 56 of the Complaint.

57. Deny the allegations contained in paragraph 57 of the Complaint.

58. Admit the allegations contained in paragraph 58 of the Complaint.

59. Deny the allegations contained in paragraph 59 of the Complaint.

60. Deny the allegations contained in paragraph 60 of the Complaint.

61. Deny the allegations contained in paragraph 61 of the Complaint.

62. Deny the allegations contained in paragraph 62 of the Complaint.

63. Deny the allegations contained in paragraph 63 of the Complaint.

64. Deny the allegations contained in paragraph 64 of the Complaint.

65. Deny the allegations contained in paragraph 65 of the Complaint.

66. Deny the allegations contained in paragraph 66 of the Complaint.

67. Deny the allegations contained in paragraph 67 of the Complaint.

8588070.1

68.    Admit the allegations contained in paragraph 68 of the Complaint.

69.    Deny the allegations contained in paragraph 69 of the Complaint.

70.    Deny the allegations contained in paragraph 70 of the Complaint.

71.    Deny the allegations contained in paragraph 39 of the Complaint.

72.    Deny the allegations contained in paragraph 72 of the Complaint.

73.    Deny the allegations contained in paragraph 73 of the Complaint.

74.    Deny the allegations contained in paragraph 74 of the Complaint.

75.    Deny the allegations contained in paragraph 75 of the Complaint.

76.    Deny the allegations contained in paragraph 76 of the Complaint.

77.    Deny the allegations contained in paragraph 77 of the Complaint.

78.    Deny the allegations contained in paragraph 78 of the Complaint.

79.    Deny the allegations contained in paragraph 79 of the Complaint.

80.    Deny the allegations contained in paragraph 80 of the Complaint.

81.    Deny the allegations contained in paragraph 81 of the Complaint.

82.    Deny the allegations contained in paragraph 82 of the Complaint.

83.    Deny the allegations contained in paragraph 83 of the Complaint.

84.    Deny the allegations contained in paragraph 84 of the Complaint.

85.    Deny the allegations contained in paragraph 85 of the Complaint.

86.    Deny the allegations contained in paragraph 86 of the Complaint.

87.    Admit the allegations contained in paragraph 87 of the Complaint.

88.    Deny the allegations contained in paragraph 88 of the Complaint.

8588070.1

89. Deny the allegations contained in paragraph 89 of the Complaint.

90. Deny the allegations contained in paragraph 90 of the Complaint.

91. Deny the allegations contained in paragraph 91 of the Complaint.

92. Deny the allegations contained in paragraph 92 of the Complaint.

93. Admit the allegations contained in paragraph 93 of the Complaint.

94. Admit the allegations contained in paragraph 94 of the Complaint.

95. Deny the allegations contained in paragraph 95 of the Complaint.

96. Admit the allegations contained in paragraph 96 of the Complaint.

97. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 97 of the Complaint.

98. Deny the allegations contained in paragraph 98 of the Complaint.

99. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 99 of the Complaint.

100. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 100 of the Complaint.

101. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 101 of the Complaint.

102. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 102 of the Complaint.

103. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 103 of the Complaint.

8588070.1

104. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 104 of the Complaint.

105. Deny the allegations contained in paragraph 105 of the Complaint.

106. Admit the allegations contained in paragraph 106 of the Complaint.

107. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 107 of the Complaint.

108. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 108 of the Complaint.

109. Deny the allegations contained in paragraph 109 of the Complaint.

110. Deny the allegations contained in paragraph 110 of the Complaint.

111. Deny the allegations contained in paragraph 111 of the Complaint.

112. Deny the allegations contained in paragraph 112 of the Complaint.

113. Deny the allegations contained in paragraph 113 of the Complaint.

114. Deny the allegations contained in paragraph 114 of the Complaint.

115. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 115 of the Complaint.

116. Deny the allegations contained in paragraph 116 of the Complaint.

117. Deny the allegations contained in paragraph 117 of the Complaint.

118. Deny the allegations contained in paragraph 118 of the Complaint.

119. Deny the allegations contained in paragraph 119 of the Complaint.

120. Deny the allegations contained in paragraph 120 of the Complaint.

8588070.1

121. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 121 of the Complaint.

122. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 122 of the Complaint.

123. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 123 of the Complaint.

124. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 124 of the Complaint.

125. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 125 of the Complaint.

126. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 126 of the Complaint.

127. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 127 of the Complaint.

128. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 128 of the Complaint.

129. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 129 of the Complaint.

130. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 130 of the Complaint.

8588070.1

131.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 131 of the Complaint.

132.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 132 of the Complaint.

133.    Deny the allegations contained in paragraph 133 of the Complaint.

134.    Deny the allegations contained in paragraph 134 of the Complaint.

135.    Deny the allegations contained in paragraph 135 of the Complaint.

136.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 136 of the Complaint.

137.    Deny the allegations contained in paragraph 137 of the Complaint.

138.    Deny the allegations contained in paragraph 138 of the Complaint.

139.    Admit the allegations contained in paragraph 139 of the Complaint.

140.    Admit the allegations contained in paragraph 140 of the Complaint.

141.    Admit the allegations contained in paragraph 141 of the Complaint.

142.    Deny the allegations contained in paragraph 142 of the Complaint.

143.    Deny the allegations contained in paragraph 143 of the Complaint.

144.    Deny the allegations contained in paragraph 144 of the Complaint.

145.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 145 of the Complaint.

146.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 146 of the Complaint.

8588070.1

147. Deny the allegations contained in paragraph 147 of the Complaint.

148. Admit the allegations contained in paragraph 148 of the Complaint.

149. Deny the allegations contained in paragraph 149 of the Complaint.

150. Deny the allegations contained in paragraph 150 of the Complaint.

151. Deny the allegations contained in paragraph 151 of the Complaint.

152. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 152 of the Complaint.

153. Deny the allegations contained in paragraph 153 of the Complaint.

154. Deny the allegations contained in paragraph 154 of the Complaint.

155. Deny the allegations contained in paragraph 155 of the Complaint.

156. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 156 of the Complaint.

157. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 157 of the Complaint.

158. Deny the allegations contained in paragraph 158 of the Complaint.

159. Deny the allegations contained in paragraph 159 of the Complaint.

160. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 160 of the Complaint.

161. Deny the allegations contained in paragraph 161 of the Complaint.

162. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 162 of the Complaint.

163.    Deny the allegations contained in paragraph 163 of the Complaint.

164.    Deny the allegations contained in paragraph 164 of the Complaint.

165.    Admit the allegations contained in paragraph 165 of the Complaint.

166.    Deny the allegations contained in paragraph 166 of the Complaint.

167.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 167 of the Complaint.

168.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 168 of the Complaint.

169.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 169 of the Complaint.

170.    Deny the allegations contained in paragraph 170 of the Complaint.

171.    Deny the allegations contained in paragraph 171 of the Complaint.

172.    Deny the allegations contained in paragraph 172 of the Complaint.

173.    Admit the allegations contained in paragraph 173 of the Complaint.

174.    Deny the allegations contained in paragraph 174 of the Complaint.

175.    Deny the allegations contained in paragraph 175 of the Complaint.

176.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 176 of the Complaint.

177.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 177 of the Complaint.

178.    Deny the allegations contained in paragraph 178 of the Complaint.

12

8588070.1

179.   Deny the allegations contained in paragraph 179 of the Complaint.

180.   Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 180 of the Complaint.

181.   Deny the allegations contained in paragraph 181 of the Complaint.

182.   Admit the allegations contained in paragraph 182 of the Complaint.

183.   Deny the allegations contained in paragraph 183 of the Complaint.

184.   Deny the allegations contained in paragraph 184 of the Complaint.

185.   Admit the allegations contained in paragraph 185 of the Complaint.

186.   Deny the allegations contained in paragraph 186 of the Complaint.

187.   Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 187 of the Complaint.

188.   Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 188 of the Complaint.

189.   Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 189 of the Complaint.

190.   Deny the allegations contained in paragraph 190 of the Complaint.

191.   Deny the allegations contained in paragraph 191 of the Complaint.

192.   Admit the allegations contained in paragraph 192 of the Complaint.

193.   Deny the allegations contained in paragraph 193 of the Complaint.

194.   Admit the allegations contained in paragraph 194 of the Complaint.

195.   Deny the allegations contained in paragraph 195 of the Complaint.

13

8588070.1

196.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 196 of the Complaint.

197.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 197 of the Complaint.

198.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 198 of the Complaint.

199.    Deny the allegations contained in paragraph 199 of the Complaint.

200.    Deny the allegations contained in paragraph 200 of the Complaint.

201.    Deny the allegations contained in paragraph 201 of the Complaint.

202.    Deny the allegations contained in paragraph 202 of the Complaint.

203.    Deny the allegations contained in paragraph 203 of the Complaint.

204.    Deny the allegations contained in paragraph 204 of the Complaint.

205.    Deny the allegations contained in paragraph 205 of the Complaint.

206.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 206 of the Complaint.

207.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 207 of the Complaint.

208.    Deny the allegations contained in paragraph 208 of the Complaint.

209.    Deny the allegations contained in paragraph 209 of the Complaint.

210.    Deny the allegations contained in paragraph 210 of the Complaint.

211.    Deny the allegations contained in paragraph 211 of the Complaint.

14

8588070.1

212.    Deny the allegations contained in paragraph 212 of the Complaint.

213.    Deny the allegations contained in paragraph 213 of the Complaint.

214.    Deny the allegations contained in paragraph 214 of the Complaint.

215.    Deny the allegations contained in paragraph 215 of the Complaint.

216.    Deny the allegations contained in paragraph 216 of the Complaint.

217.    Deny the allegations contained in paragraph 217 of the Complaint.

218.    Deny the allegations contained in paragraph 218 of the Complaint.

219.    Deny the allegations contained in paragraph 219 of the Complaint.

220.    Deny the allegations contained in paragraph 220 of the Complaint.

221.    Deny the allegations contained in paragraph 221 of the Complaint.

222.    Deny the allegations contained in paragraph 222 of the Complaint.

223.    Deny the allegations contained in paragraph 223 of the Complaint.

224.    Deny the allegations contained in paragraph 224 of the Complaint.

225.    Deny the allegations contained in paragraph 225 of the Complaint.

226.    Deny the allegations contained in paragraph 226 of the Complaint.

227.    Deny the allegations contained in paragraph 227 of the Complaint.

228.    Deny the allegations contained in paragraph 228 of the Complaint.

229.    Deny the allegations contained in paragraph 229 of the Complaint.

230.    Deny the allegations contained in paragraph 230 of the Complaint.

231.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 231 of the Complaint.

15

8588070.1

232. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 232 of the Complaint.

233. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 233 of the Complaint.

234. Deny the allegations contained in paragraph 234 of the Complaint.

235. Deny the allegations contained in paragraph 235 of the Complaint.

236. Deny the allegations contained in paragraph 236 of the Complaint.

237. Deny the allegations contained in paragraph 237 of the Complaint.

238. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 238 of the Complaint.

239. Deny the allegations contained in paragraph 239 of the Complaint.

240. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 240 of the Complaint.

241. Deny the allegations contained in paragraph 241 of the Complaint.

242. Deny the allegations contained in paragraph 242 of the Complaint.

243. Deny the allegations contained in paragraph 243 of the Complaint.

244. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 244 of the Complaint.

245. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 245 of the Complaint.

246. Deny the allegations contained in paragraph 246 of the Complaint.

16

8588070.1

247. Deny the allegations contained in paragraph 247 of the Complaint.

248. Deny the allegations contained in paragraph 248 of the Complaint.

249. Deny the allegations contained in paragraph 249 of the Complaint.

250. Deny the allegations contained in paragraph 250 of the Complaint.

251. Deny the allegations contained in paragraph 251 of the Complaint.

252. Deny the allegations contained in paragraph 252 of the Complaint.

253. Deny the allegations contained in paragraph 253 of the Complaint.

254. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 254 of the Complaint.

255. Deny the allegations contained in paragraph 255 of the Complaint.

256. Deny the allegations contained in paragraph 256 of the Complaint.

257. Deny the allegations contained in paragraph 257 of the Complaint.

258. Deny the allegations contained in paragraph 258 of the Complaint.

259. Deny the allegations contained in paragraph 259 of the Complaint.

260. Deny the allegations contained in paragraph 260 of the Complaint.

261. Deny the allegations contained in paragraph 261 of the Complaint.

262. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 262 of the Complaint.

263. Deny the allegations contained in paragraph 263 of the Complaint.

264. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 264 of the Complaint.

8588070.1

265.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 265 of the Complaint.

266.    Deny the allegations contained in paragraph 266 of the Complaint.

267.    Deny the allegations contained in paragraph 267 of the Complaint.

268.    Deny the allegations contained in paragraph 268 of the Complaint.

269.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 269 of the Complaint.

1.    Deny the allegations contained in paragraph 269(1) of the Complaint.

270.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 270 of the Complaint.

271.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 271 of the Complaint.

272.    Deny the allegations contained in paragraph 272 of the Complaint.

**AS TO "COUNT I"**
**FLSA Collective Claim for Unpaid Overtime (29 U.S.C. §207, et. seq.)**

273.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 272 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

274.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 274 of the Complaint.

8588070.1

275.    Deny the allegations contained in paragraph 275 of the Complaint.

276.    Deny the allegations contained in paragraph 276 of the Complaint.

277.    Deny the allegations contained in paragraph 277 of the Complaint.

278.    Deny the allegations contained in paragraph 278 of the Complaint.

279.    Deny the allegations contained in paragraph 279 of the Complaint.

280.    Deny the allegations contained in paragraph 280 of the Complaint.

**AS TO "COUNT II"**
**Rule 23 Class Claim for Violations of New York Labor Law Minimum Wage**
**and Overtime Provisions (NYLL §§650 et. seq.' 12 NYCRR Part 146, et al, Requiring**
**(a) minimum wage for all hours worked, (b) time and one-half the regular hourly rate**
**for hours over 40 per week, and (c) an additional hour of pay at the minimum wage rate**
**for each shift over 10 hours)**

281.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 280 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

282.    Deny the allegations contained in paragraph 282 of the Complaint.

283.    Deny the allegations contained in paragraph 283 of the Complaint.

284.    Deny the allegations contained in paragraph 284 of the Complaint.

285.    Deny the allegations contained in paragraph 285 of the Complaint.

286.    Deny the allegations contained in paragraph 286 of the Complaint.

287.    Deny the allegations contained in paragraph 287 of the Complaint.

288.    Deny the allegations contained in paragraph 288 of the Complaint.

8588070.1

289.    Deny the allegations contained in paragraph 289 of the Complaint.

290.    Deny the allegations contained in paragraph 290 of the Complaint.

291.    Deny the allegations contained in paragraph 291 of the Complaint.

292.    Deny the allegations contained in paragraph 292 of the Complaint.

293.    Deny the allegations contained in paragraph 293 of the Complaint.

**AS TO "COUNT III"**
**Failure to pay Earned Commissions Under the NYLL**

294.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 293 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

295.    Deny the allegations contained in paragraph 295 of the Complaint.

296.    Deny the allegations contained in paragraph 296 of the Complaint.

297.    Deny the allegations contained in paragraph 297 of the Complaint.

298.    Deny the allegations contained in paragraph 298 of the Complaint.

299.    Deny the allegations contained in paragraph 299 of the Complaint.

300.    Deny the allegations contained in paragraph 300 of the Complaint.

**AS TO "COUNT IV"**
**Failure to Provide Accurate Wage Notices and Wage Statements (NYLL §195)**

301.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 300 of the

8588070.1

Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

302.    Deny the allegations contained in paragraph 302 of the Complaint.

303.    Deny the allegations contained in paragraph 303 of the Complaint

304.    Deny the allegations contained in paragraph 304 of the Complaint.

305.    Deny the allegations contained in paragraph 305 of the Complaint.

## AS TO "COUNT 5"
### Pregnancy Discrimination Under the NYSHRL (N.Y. Exec. Law §296)
### (By Lesser Work Conditions and/or Termination)

306.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 305 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

307.    Deny the allegations contained in paragraph 307 of the Complaint except refer the Court to said statute for the terms, meaning and import thereof.

308.    Deny the allegations contained in paragraph 308 of the Complaint

309.    Deny the allegations contained in paragraph 309 of the Complaint.

310.    Deny the allegations contained in paragraph 310 of the Complaint

311.    Deny the allegations contained in paragraph 311 of the Complaint.

312.    Deny the allegations contained in paragraph 312 of the Complaint

313.    Deny the allegations contained in paragraph 313 of the Complaint.

21

8588070.1

**AS TO "COUNT 6"**
**Pregnancy Discrimination Under the NYCHRL (N.Y.C. Admin. Code §8-107)**
**(By Lesser Work Conditions and/or Termination**

314.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 313 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

315.    Deny the allegations contained in paragraph 315 of the Complaint except refer the Court to said statute for the terms, meaning and import thereof.

316.    Deny the allegations contained in paragraph 316 of the Complaint

317.    Deny the allegations contained in paragraph 317 of the Complaint

**AS TO "COUNT 7"**
**NYSHRL Retaliation (N.Y. Exec. Law §296)**
**(For Requests to Accommodate Due to Pregnancy**

318.    Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 317 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

319.     Deny the allegations contained in paragraph 319 of the Complaint except refer the Court to said statute for the terms, meaning and import thereof.

320.    Deny the allegations contained in paragraph 320 of the Complaint

321.    Deny the allegations contained in paragraph 321 of the Complaint

322.    Deny the allegations contained in paragraph 322 of the Complaint

22

8588070.1

## AS TO "COUNT 8"
## (N.Y.C. Admin. Code §8-107(7))
## (For Requests to Accommodate Due to Pregnancy)

323.   Answering Defendants repeat, reiterate and reallege each and every denial, admission or other response to the allegations contained in paragraphs 1 through 322 of the Complaint as though set forth herein at length, and denies each and every allegation not unequivocally admitted hereinabove.

324.   Deny the allegations contained in paragraph 324 of the Complaint except refer the Court to said statute for the terms, meaning and import thereof.

325.   Deny the allegations contained in paragraph 325 of the Complaint.

326.   Deny the allegations contained in paragraph 326 of the Complaint

327.   Deny the allegations contained in paragraph 327 of the Complaint

## AS TO "PRAYER FOR RELIEF"

328.   Paragraphs "i" through "ix" of the Complaint are a demand for judgment to which no response is required; however, to the extent a response is required, Answering Defendants deny that Plaintiff is entitled to the requested relief or any relief whatsoever.

## ADDITIONAL AVERMENTS

329.   Answering Defendants deny all claims and allegations not unequivocally admitted herein.

*     *     *     *     *

23

8588070.1

330.    Without assuming the burden of proof as to any of the following defenses where the law does not impose such burden, Answering Defendants assert the following defenses as to Plaintiffs' claims:

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

331.    The Complaint fails to state a claim upon which relief can be granted against Defendants.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

332.    The claims alleged herein are barred, in whole or in part, by the applicable statutes of limitation including but not limited to, the two and three year statutes of limitation pertinent to Plaintiffs' FLSA claim, and the six year statute of limitations pertinent to Plaintiffs' New York Labor Law claims.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

333.    Plaintiffs' claim is not typical of those of the purported class or collective action.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

334.    Plaintiffs are prohibited from bringing a class action for their claims under the New York Labor Law.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

335.    Plaintiffs are prohibited from bringing a collective action under the FLSA.

8588070.1

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

336.    At all times alleged in the Complaint, Defendants complied with all requirements concerning payment of wages, including without limitation, overtime, minimum wage, commissions, and spread of hours pursuant to the FLSA and New York State law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

337.    To the extent that Defendants' actions taken in connection with Plaintiffs' compensation were done in good faith in conformity with and reliance upon written administrative regulations, orders, rulings, approvals, interpretations, and written and unwritten administrative practices or enforcement policies of the Administrator of the Wage and Hour Division of the United States Department of Labor or New York Department of Labor, Plaintiffs' claims are barred in whole or in part. This defense also may apply to the claims of some or all of the class of allegedly similarly-situated persons.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

338.    To the extent that any acts or omissions giving rise to this action were done in good faith and with reasonable grounds for believing that the actions or omissions were not a violation of the NYLL, Plaintiffs' claims are barred in whole or in part. This defense also may apply to the claims of some or all of the collective or class of allegedly similarly-situated persons.

8588070.1

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

339.    Defendants, at all times, acted in good faith to comply with the NYLL and with reasonable grounds to believe that its actions did not violate the NYLL, and Defendants assert a lack of willfulness or intent to violate the NYLL as a defense to any claim by Plaintiffs for liquidated damages. This defense also may apply to the claims of some or all of the class of allegedly similarly-situated persons.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

340.    There being no appropriate class representative, the entire collective complaint seeking collective relief must be dismissed.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

341.    To the extent that discovery reveals that Plaintiffs falsely reported their hours and there is no evidence that Defendant required the false reporting of hours; no evidence that Defendants encouraged Plaintiffs to falsely report their hours; and no evidence that Defendants knew or should have known that Plaintiffs were providing false information as to his hours, Defendants hereby invoke the doctrines of estoppel and avoidable consequences to bar the claims asserted by the Plaintiffs. This defense also may apply to the claims of some or all of the class of allegedly similarly-situated persons.

26

8588070.1

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

342.    Plaintiffs' claim is barred to the extent Plaintiffs failed, refused, and/or neglected to mitigate or avoid the damages complained of in Plaintiffs' Complaint, if any. This defense also may apply to the claims of some or all of the class of allegedly similarly-situated persons.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

343.    Plaintiffs' alleged injuries were not proximately caused by any unlawful policy, custom, practice and/or procedure promulgated and/or tolerated by Defendants. This defense also may apply to the claim of some or all of the class of allegedly similarly-situated persons.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

344.    Plaintiffs' claim are barred by the doctrines of waiver, estoppel, unclean hands and/or laches.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

345.    To the extent Plaintiffs, or any member of the collective they purport to represent, have suffered injury, which is denied, that injury is the result of acts or omissions of the Plaintiffs and/or said purported collective members, and not any act or omission of Defendants.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

346.    Plaintiffs and/or the putative members of the purported collective alleged in the Complaint may be exempt from overtime requirements under the FLSA and/or the New York Labor Law and therefore are not entitled to overtime pay during all relevant periods.

27

8588070.1

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

347.    If Defendants are found to have failed to pay Plaintiffs, and/or any putative members of the purported collective alleged in the Complaint, any amount due, which Defendants deny, Defendants are entitled to set off any overpayments or other sums owed by Plaintiffs or putative collective members against any judgment.

## AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

348.    Plaintiffs have not and cannot establish the requirements of a collective action under the Federal Rules of Civil Procedure because they are not similarly situated.

## AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

349.    Plaintiffs cannot establish or satisfy the requirements for a collective action pursuant to the FLSA and therefore, the collective action allegations of the Complaint must be stricken and dismissed.

## AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

350.    Plaintiffs and putative plaintiffs lack standing to bring wage notice and wage statement claims under NYLL.

## AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

351.    Plaintiffs failed to avail themselves of conditions precedent to asserting the discrimination claims.

8588070.1

## AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

352.    Defendant had legitimate non-discriminatory reasons for the treatment of Plaintiffs.

## AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE

353.    Plaintiffs failed to avail themselves of procedural remedies under the Defendants' policies.

354.    Defendants reserve the rights to assert additional defenses or claims which may become known during the course of discovery.

**WHEREFORE**, Answering Defendants respectfully request that this Court enter judgment dismissing the Complaint in its entirety, together with the costs, disbursements and attorneys' fees incurred herein and such other and further relief as this Court deems just, proper and equitable.

Dated: East Meadow, New York
       June 13, 2025

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
       Douglas E. Rowe, Esq.
*Attorneys for Defendants*
Stellar Wireless Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC
90 Merrick Avenue – 9th Floor
East Meadow, New York 11554
516-296-7000
drowe@certilmanbalin.com

29

8588070.1