**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Armando Herrera, Stephanie Michaelle Medina Sarita, Rebecca Castillo Prenza, Jamilka Vargas Alcantara, Nicole Hidalgo, Emeka Raymond Obi, and Emily Feliciano, on behalf of themselves and all similarly situated employees,<br><br>Plaintiffs,<br><br>-against-<br><br>Stellar Wireless Retail, LLC, Stellar Wireless Retail NY Inc., Stellar Wireless Group Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC,<br><br>Defendants. | **Case No. 1:25-cv-02272-AS**<br><br>**JUDGMENT** |

**WHEREAS**, on April 29, 2026, Defendants Stellar Wireless Retail, LLC, Stellar Wireless Retail NY Inc., Stellar Wireless Group Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC (collectively, "Defendants") served on Plaintiffs an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68; and

**WHEREAS**, on April 30, 2026, Plaintiffs Armando Herrera, Rebecca Castillo Prenza, Nicole Hidalgo, Stephanie Michaelle Medina Sarita, Jamilka Vargas Alcantara, Emeka Raymond Obi, and Emily Feliciano (collectively, "Plaintiffs") served on Defendants a written Notice of Acceptance of the Offer of Judgment, and on the same date filed the Offer of Judgment, the

1

Notice of Acceptance, and proof of service with the Clerk of the Court pursuant to Federal Rule of Civil Procedure 68(a);

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 68(a), it is hereby:

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiffs and against Defendants Stellar Wireless Retail, LLC, Stellar Wireless Retail NY Inc., Stellar Wireless Group Retail, LLC, Stellar Wireless Metro Retail, LLC, Portables Unlimited, Inc., Portables Unlimited NY, LLC, Portables Unlimited USA, LLC, The Portables Choice Group LLC, and The Portables Choice Group AZ, LLC, jointly and severally, in the following amounts:

| | |
|---|---|
| Plaintiff Armando Herrera | $1,224.00 |
| Plaintiff Rebecca Castillo Prenza | $947.10 |
| Plaintiff Nicole Hidalgo | $2,444.00 |
| Plaintiff Stephanie Michaelle Medina Sarita | $1,050.00 |
| Plaintiff Jamilka Vargas Alcantara | $1,132.80 |
| Plaintiff Emeka Raymond Obi | $253.60 |
| Plaintiff Emily Feliciano | $1,196.80 |

each amount being inclusive of all of Plaintiffs' claims for relief, damages, and expenses, including attorneys' fees, and in full and final settlement of all of Plaintiffs' claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, against Defendants in the above-captioned action.

Judgment signed this 22nd  day of May 2026

_____

**Hon.** Arun  Subramanian, USDJ

2